```
                                                    FILED
                                                 February 15, 2007
      UNITED STATES DISTRICT COURT FOR THE       CLERK, US DISTRICT COURT
                                                 EASTERN DISTRICT OF
      EASTERN DISTRICT OF CALIFORNIA                  CALIFORNIA
                                                      DEPUTY CLERK
```

UNITED STATES OF AMERICA,          )
                                   )        Case No. 2:06-cr-505 EJG
               Plaintiff,          )
                                   )
v.                                 )        ORDER FOR RELEASE
                                   )        OF PERSON IN CUSTODY
                                   )
Joseph Brewer                      )
                                   )
               Defendant.          )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  Joseph Brewer   Case   2:06-cr-505 EJG

from custody subject to the conditions contained in the attached "Notice to Defendant Being

Released" and for the following reasons:

     \_     Release on Personal Recognizance

     \_     Bail Posted in the Sum of _____

     X     Unsecured bond in the amount of $50,000

     \_     Appearance Bond with 10% Deposit

     \_     Appearance Bond secured by Real Property

     \_     Corporate Surety Bail Bond

     X     (Other)  PTS conditions/supervision; surrender of passport within

one week.

Issued at  Sacramento, CA  on  2/15/07    at  2:04 p.m.

By  _____
    Kimberly J. Mueller,
    United States Magistrate Judge