GEOFFREY A. GOODMAN, SBN 073355
MURPHY AUSTIN ADAMS SCHOENFELD LLP
304 S Street (95814-6906)
Post Office Box 1319
Sacramento, California 95812-1319
Telephone: (916) 446-2300
Facsimile: (916) 503-4000
Email: ggoodman@murphyaustin.com

Attorneys for Defendant
JOSEPH BREWER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:06-CR-0505EJG |
| Plaintiff, | **STIPULATION AND ORDER TEMPORARILY MODIFYING TERMS AND CONDITIONS OF RELEASE** |
| v. | |
| JOSEPH BREWER, | |
| Defendant. | |

Defendant JOSEPH BREWER is in the business of buying and selling used aircraft parts. He has been in the business for more than 30 years. In connection with his business he travels to The Netherlands approximately three to four times per year. Through business connections there, he identifies desirable used aircraft parts and arranges for their purchase and shipment to the United States.

Mr. Brewer requests that he be permitted to travel to The Netherlands between on or about April 15 through on or about May 15 in order to maintain his business obligations. Although there are no travel restrictions on his release, Mr. Brewer was ordered to surrender his passport. It is requested that Mr. Brewer be permitted to retrieve his passport from the Court and that he be permitted to travel to and from the Netherlands and that he re-surrender his passport to the Court on or before May 20, 2007.

- 1 -

1311.003-446129.1

STIPULATION AND ORDER TEMPORARILY MODIFYING TERMS AND CONDITIONS 2:06-CR-0505EJG

Although Mr. Brewer is not being supervised by Pretrial Services, this request was discussed with Gina Faubion who voiced no objection to Mr. Brewer's travel.

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ELLEN ENDRIZZI, Assistant United States Attorney, attorney for plaintiff, and GEOFFREY A. GOODMAN, attorney for defendant, that the conditions of defendant's release be temporarily modified as set forth herein and that Mr. Brewer may retrieve his passport from the Court, that Mr. Brewer may travel to The Netherlands for business from on or about April 15 through on or about May 15, and that Mr. Brewer is ordered to re-surrender his passport on or before May 20, 2007.

March 27, 2007

MURPHY AUSTIN ADAMS SCHOENFELD LLP


By:   /s/ Geoffrey A. Goodman
    GEOFFREY A. GOODMAN
    Attorneys for Defendant
    JOSEPH BREWER

March 27, 2007

MCGREGOR W. SCOTT
UNITED STATES ATTORNEY


By:   /s/ Ellen Endrizzi
    ELLEN ENDRIZZI
    Assistant U.S. Attorney

**ORDER**

Based on the parties' stipulation and good cause appearing therefore, the Court hereby adopts the stipulation of the parties in its entirety as its order.

DATED:  March 29, 2007

_____
EDMUND F. BRENNAN
United States Magistrate Judge