GEOFFREY A. GOODMAN, SBN 073355
MURPHY AUSTIN ADAMS SCHOENFELD LLP
304 "S" Street
Sacramento, California  95811-6906
Telephone:   (916) 446-2300
Facsimile:    (916) 503-4000
Email:         ggoodman@murphyaustin.com

Attorneys for Defendant
JOSEPH BREWER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:06-CR-0505 EJG |
| Plaintiff, | **STIPULATION AND ORDER TEMPORARILY MODIFYING TERMS AND CONDITIONS OF RELEASE** |
| v. | |
| JOSEPH BREWER, | |
| Defendant. | |

Defendant JOSEPH BREWER is in the business of buying and selling used aircraft parts. He has been in the business for more than 30 years.  In connection with his business he travels to The Netherlands approximately three to four times per year.  Through business connections there, he identifies desirable used aircraft parts and arranges for their purchase and shipment to the United States.

Mr. Brewer is not in custody and has no travel restrictions.  However, as a condition of release, Mr. Brewer surrendered his passport.  In March, 2007, Magistrate Judge Brennan ordered that Mr. Brewer be permitted to retrieve his passport for the purpose of making a business trip to the Netherlands between April 15 and May 15, on condition that Mr. Brewer provide his travel itinerary and that Mr. Brewer surrender his passport upon his return.  Mr. Brewer complied with these conditions.

/////

1  Mr. Brewer requests that he again be permitted to retrieve his passport for the purpose of
2  business to travel to The Netherlands between on or about September 28, 2007 through on or
3  about December 11, 2007, in order to maintain his business obligations. Attached to the
4  Stipulation is Mr. Brewer's itinerary and contact information while in the Netherlands. It is
5  requested that Mr. Brewer be permitted to retrieve his passport from the Court and that he be
6  permitted to travel to and from the Netherlands and that he re-surrender his passport to the Court
7  on or before December 21, 2007.

8  Mr. Brewer has a waiver of appearance on file. Mr. Brewer understands that he would
9  have to return from the Netherlands before his scheduled date of return if the matter was set for
10  trial or his appearance was otherwise required before December 11, 2007.

11  Counsel has discussed this request with Assistant U.S. Attorney Ellen Endrizzi who
12  voiced no objection to this request.

13  IT IS HEREBY STIPULATED by and between the parties hereto through their respective
14  counsel, ELLEN ENDRIZZI, Assistant United States Attorney, attorney for plaintiff, and
15  GEOFFREY A. GOODMAN, attorney for defendant, that the conditions of defendant's release
16  be temporarily modified as set forth herein and that Mr. Brewer may retrieve his passport from
17  the Court, that Mr. Brewer may travel to The Netherlands for business from on or about
18  September 28, 2007 through on or about December 11, 2007, and that Mr. Brewer is ordered to
19  re-surrender his passport on or before December 21, 2008. However, should Mr. Brewer's
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

MURPHY AUSTIN ADAMS SCHOENFELD LLP
ATTORNEYS AT LAW

appearance be required before December 22, 2007 for trial, trial confirmation or other necessary appearance, counsel shall so inform Mr. Brewer and Mr. Brewer agrees he will appear as ordered.

August 30, 2007

                        MURPHY AUSTIN ADAMS SCHOENFELD LLP

                        By: /s/ Geoffrey A. Goodman
                            GEOFFREY A. GOODMAN
                            Attorneys for Defendant
                            JOSEPH BREWER

August 30, 2007

                        MCGREGOR W. SCOTT
                        UNITED STATES ATTORNEY

                        By: /s/ Ellen Endrizzi
                            ELLEN ENDRIZZI
                            Assistant U.S. Attorney

**ORDER**

Based on the parties' stipulation and good cause appearing therefore, the Court hereby adopts the stipulation of the parties in its entirety as its order.

DATED: August 30, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/brewer0505.stipord

- 3 -

1311.003-446129.2

STIP & [PROPOSED] ORDER TEMPORARILY MODIFYING TERMS AND CONDITIONS 2:06-CR-0505EJG