```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA HARTER, Bar #179741
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
PATRICK STRATMAN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>PATRICK STRATMAN, et al.,<br><br>        Defendants. | No. CR-S-06-505 EJG<br><br>**AMENDED** STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME<br><br>DATE: November 30, 2007<br>TIME: 10:00 a.m.<br>JUDGE: Edward J. Garcia |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ELLEN ENDRIZZI, Assistant United States Attorney, attorney for Plaintiff, LINDA HARTER, Chief Assistant Federal Defender, attorney for defendant, and GEOFFREY GOODMAN, attorney for co-defendant, JOSEPH BREWER, that the current Status Conference date of November 16, 2007 be vacated, and a new Status Conference date of November 30, 2007 at 10:00 a.m. be set.

This continuance is requested to allow defense counsel additional time to prepare, to review discovery, to conduct ongoing investigation, to interview witnesses, and to continue discussions with defendants.

It is further stipulated and agreed between the parties that the

period beginning November 16, 2007 through and including November 30, 2007 should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(B)(iv) (Local Code T4) and that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendants in a speedy trial.

Dated: November 15, 2007

        Respectfully submitted,

        DANIEL J. BRODERICK
        Federal Defender

        /s/ Linda Harter
        LINDA HARTER
        Chief Assistant Federal Defender
        Attorney for Defendant
        PATRICK STRATMAN

Dated:  November 15, 2007    /s/ Geoffrey Goodman
        Attorney for co-defendant
        JOSEPH BREWER

Dated: November 15, 2007

        MCGREGOR W. SCOTT
        United States Attorney

        /s/ Linda Harter for
        ELLEN ENDRIZZI
        Assistant U.S. Attorney

**ORDER**

Based on the parties' stipulation and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  The Court specifically finds that the ends

/ / /

/ / /

Stipulation & Order    2

1  of justice served by the granting of such continuance outweigh the
2  interests of the public and the defendants in a speedy trial.
3  IT IS SO ORDERED.
4
5  DATED: November 15, 2007            /s/ Edward J. Garcia
                                       EDWARD J. GARCIA
6                                      United States District Court
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation & Order                        3