GEOFFREY A. GOODMAN, SBN 073355
MURPHY AUSTIN ADAMS SCHOENFELD LLP
304 "S" Street
Sacramento, California 95811-6906
Telephone: (916) 446-2300
Facsimile: (916) 503-4000
Email: ggoodman@murphyaustin.com

Attorneys for Defendant
JOSEPH BREWER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PATRICK STRATMAN and<br>JOSEPH BREWER,<br><br>　　　　　Defendants. | Case No. 2:06-CR-0505 EJG<br><br>**STIPULATION AND ORDER TEMPORARILY MODIFYING TERMS AND CONDITIONS OF RELEASE FOR TRAVEL IN MARCH 2008** |

　　　Defendant JOSEPH BREWER is in the business of buying and selling used aircraft parts. He has been in the business for more than 30 years. In connection with his business he travels to The Netherlands approximately three to four times per year. Through business connections there, he identifies desirable used aircraft parts and arranges for their purchase and shipment to the United States.

　　　Mr. Brewer is not in custody and has no travel restrictions. However, as a condition of release, Mr. Brewer surrendered his passport. On two separate occasions in 2007, Magistrate Judge Brennan and Magistrate Drozd ordered that Mr. Brewer be permitted to retrieve his passport for the purpose of making a business trip to the Netherlands in the spring and fall of 2007, on condition that Mr. Brewer provide his travel itinerary and that Mr. Brewer surrender his passport upon his return. Mr. Brewer complied with these conditions on both occasions.

1  Mr. Brewer requests that he again be permitted to retrieve his passport for the purpose of
2  business to travel to The Netherlands between on or about March 12, 2008 through on or about
3  April 20, 2008, in order to maintain his business obligations.  Attached to the Stipulation is
4  Mr. Brewer's itinerary and contact information while in the Netherlands.  It is requested that
5  Mr. Brewer be permitted to retrieve his passport from the Court and that he be permitted to travel
6  to and from the Netherlands and that he re-surrender his passport to the Court on or before
7  April 25, 2008.

8  Mr. Brewer has a waiver of appearance on file.  Mr. Brewer understands that he would
9  have to return from the Netherlands before his scheduled date of return if the matter was set for
10 trial or his appearance was otherwise required before April 20, 2008.

11 Counsel has discussed this request with Assistant U.S. Attorney Ellen Endrizzi who
12 voiced no objection to this request.

13 IT IS HEREBY STIPULATED by and between the parties hereto through their respective
14 counsel, ELLEN ENDRIZZI, Assistant United States Attorney, attorney for plaintiff, and
15 GEOFFREY A. GOODMAN, attorney for Joseph Brewer, that the conditions of defendant's
16 release be temporarily modified as set forth herein and that Mr. Brewer may retrieve his passport
17 from the Court, that Mr. Brewer may travel to The Netherlands for business from on or about
18 March 12, 2008 through on or about April 20, 2008, and that Mr. Brewer is ordered to re-
19 surrender his passport on or before April 25, 2008.

20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

However, should Mr. Brewer's appearance be required before April 20, 2008 for trial, trial confirmation or other necessary appearance, counsel shall so inform Mr. Brewer and Mr. Brewer agrees he will appear as ordered.

Dated: February 13, 2008

MURPHY AUSTIN ADAMS SCHOENFELD LLP

By: /s/ Geoffrey A. Goodman
GEOFFREY A. GOODMAN
Attorneys for Defendant
JOSEPH BREWER

Dated: February ___, 2008

MCGREGOR W. SCOTT
UNITED STATES ATTORNEY

By: /s/ Ellen Endrizzi
ELLEN ENDRIZZI
Assistant U.S. Attorney

**ORDER**

Based on the parties' stipulation and good cause appearing therefore, the Court hereby adopts the stipulation of the parties in its entirety as its order.

DATED: February 14, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/stratman0505.stipord

*GEOFFREY — DAMN YOU CALL ME ABOUT THIS*
*TX*



| Worldwide Sites | Ask A Question | KLM |

Reservations Center • Travel Tools • Promotions & Products • WorldPerks •

# Flight Summary

FLIGHT SEARCH | GRAPHIC RESULTS | **FLIGHT SUMMARY**

**Joe Brewer** - 23,040 Available WorldPerks miles

» Logout

**Saved Preferences**        » VIEW
Member: Joe Brewer           » EDIT
E-mail Address: westerneuro@cs.com

## Flight Details

**Mar 12, 2008**
Depart: **4:25 pm**
Arrive: **11:00 am**
Duration: 10 hr 35 min

Northwest Airlines 8606
San Francisco International Airport (SFO)
Amsterdam-Schiphol (AMS)
Operated by KLM ROYAL DUTCH AIRLINES

Equipment: Boeing 777
Meal: Meal
Approx. flight miles: 5,460

Booking class: V/Coach
Fare basis code: VLXSL75

This flight arrives 1 day after departure

**Mar 31, 2008**
Depart: **11:10 am**
Arrive: **1:05 pm**
Duration: 10 hr 55 min

Northwest Airlines 8605
Amsterdam-Schiphol (AMS)
San Francisco International Airport (SFO)
Operated by KLM ROYAL DUTCH AIRLINES

Equipment: 747
Meal: Meal
Approx. flight miles: 5,460

Booking class: Q/Coach
Fare basis code: QLXSL75

## Cost Summary

| | |
|---|---|
| 1 Adult | $544.00 |
| Taxes/Fees: | $91.75 |
| **Total Cost:** | **$635.75** |

**Upgrade Your Flight**
○ Upgrade to World Business Class for $3,579.75USD airfare + 30,000 miles
◉ No Upgrade

## 1. Enter Traveler(s) Details

Traveler name(s) must match government-issued identification.

| | | Full First Name | M.I. | Last Name | |
|---|---|---|---|---|---|
| * Adult | Joe Brewer -or- | | | | Northwest WorldPerks 228547244 |

☐ Add a Frequent Flyer Program

## 2. Enter Trip Details

| Email for Trip Summary and Receipt | Name of Trip | Destination Phone or Cell Number |
|---|---|---|
| bonanzaparts@gmail.com | Amsterdam | |

## 3. Seat Selection

☐ I want to continue with purchase and select seats on the next page

You may choose to skip seat selection and seats will automatically be assigned if available. At any time, you can select or change your seats by visiting Manage My Reservations on nwa.com.

## 4. Review the Rules and Regulations

- This ticket is non-refundable.
- Please note, security regulations may require us to provide government agencies access to data you disclose to us
- Refer to our **Customers First** policy.
- View complete **Fare Rules** for this trip.
- Changes to this ticket will incur **Change Fees**.
- Fares and availability are not guaranteed until purchase.
- Refer to our **Policy and Fees** when booking unaccompanied children through age 17.

By clicking "I Accept - Continue With Purchase" below, you indicate your agreement with all **Fare Rules** for this itinerary. Please note, name changes will not be allowed after purchase.

[ **I ACCEPT - CONTINUE WITH PURCHASE** ]

CONTACT INFORMATION FOR MR. BREWER

While in The Netherlands, Mr. Brewer will be staying with Martin Westdyjk, the president of Aviation Technics in Amsterdam (website is www.aviationtechnics.com). Mr. Brewer can be contacted through the company which is located at 7395 Teuge Airport, The Netherlands; telephone no 0031 (0) 55-323-1777.

1311.003-502043.1