```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA HARTER, Bar #179741
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
PATRICK STRATMAN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-S-06-505 EJG |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | CONTINUING STATUS CONFERENCE |
| | ) | AND EXCLUDING TIME |
| PATRICK STRATMAN, | ) | |
| JOSEPH BREWER, | ) | DATE: July 18, 2008 |
| | ) | TIME: 10:00 a.m. |
| Defendant. | ) | JUDGE: Edward J. Garcia |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ELLEN ENDRIZZI, Assistant United States Attorney, attorney for Plaintiff, LINDA HARTER, Chief Assistant Federal Defender, attorney for PATRICK STRATMAN, and GEOFFREY A. GOODMAN, attorney for JOSEPH BREWER that the current Status Conference date of July 11, 2008 be vacated, and a new Status Conference date of July 18, 2008 at 10:00 a.m. be set.

This continuance is requested as counsel for Patrick Stratman will be out of the country on a prepaid vacation until July 15, 2008. The July 11, 2008 date was set in March.  The Court indicated the

1  status conference in March that all counsel and defendants were to be
2  present on July 11 and ready to either enter pleas or set the case for
3  trial. At that time, counsel already had plane tickets with her family
4  to visit Europe, however those dates had not been entered onto her work
5  calendar.  Counsel has conferred with counsel for the government and
6  the co-defendant who have indicated no objection to moving the case 1
7  week so that counsel undersigned can be present.  The Court's clerk has
8  indicated that the Court is available on July 18, 2008.
9       It is further stipulated and agreed between the parties that the
10 period beginning July 11, 2008 through and including July 18, 2008
11 should be excluded in computing the time within which the trial of the
12 above criminal prosecution must commence for purposes of the Speedy
13 Trial Act for defense preparation and continuity of counsel.  All
14 parties stipulate and agree that this is an appropriate exclusion of
15 time within the meaning of Title 18, United States Code, Section
16 3161(h)(8)(B)(iv) (Local Code T4) and that the ends of justice to be
17 served by a continuance outweigh the best interests of the public and
18 the defendant in a speedy trial.
19 Dated: June 25, 2008
20                                   Respectfully submitted,
21                                   DANIEL J. BRODERICK
                                     Federal Defender
22
23                                   /s/ Linda Harter
                                     LINDA HARTER
24                                   Chief Assistant Federal Defender
                                     Attorney for Defendant
25                                   PATRICK STRATMAN
26                                   /s/ Linda Harter for
                                     GEOFFREY A. GOODMAN
27                                   Attorney for Defendant
                                     JOSEPH BREWER
28

Stipulation & Order                    2

```
 1  Dated: June 25, 2008
                                        MCGREGOR W. SCOTT
 2                                      United States Attorney

 3
                                        /s/ Linda Harter for
 4                                      ELLEN ENDRIZZI
                                        Assistant U.S. Attorney
 5
```

## ORDER

Based on the parties' stipulation and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

```
DATED: June 26, 2008                    /s/ Edward J. Garcia
                                        EDWARD J. GARCIA
                                        United States District Court
```

Stipulation & Order                              3