1  McGREGOR W. SCOTT
   United States Attorney
2  ELLEN V. ENDRIZZI
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2716





IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:06-cr-505 EJG |
|---|---|
| Plaintiff, | ) **UNITED STATES' MOTION TO DISMISS** |
|  | ) **THE INDICTMENT AGAINST DEFENDANT** |
| v. | ) **BREWER AND VACATE TRIAL** |
|  | ) **CONFIRMATION AND TRIAL DATES;** |
| JOSEPH BREWER, | ) **[PROPOSED] ORDER** |
| Defendant. | ) |

The United States, by and through its undersigned counsel, hereby moves this Honorable Court for an order dismissing with prejudice the single-count indictment against Defendant Joseph Brewer.

The United States believes that it can not go forward in its prosecution against Mr. Brewer due to certain developments in the case. An important government witness has died, certain correspondence files have not been able to be produced, and most importantly, after speaking with both Mr. Brewer and his co-defendant, Mr. Stratman, the United States does not believe that Mr. Brewer had the requisite intent.

For these reasons and in the interests of justice, the United

States respectfully requests that the indictment be dismissed against Joseph Brewer. Further, as trial confirmation and trial dates have been set, October 17 and November 3, 2008, respectively, the United States asks that those court dates be vacated.

Dated: September 26, 2008

          Respectfully submitted,

          McGREGOR W. SCOTT
          United States Attorney

    By: /s/ Ellen V. Endrizzi

          ELLEN V. ENDRIZZI
          Assistant U.S. Attorney

## O R D E R

For good cause shown and in the interests of justice,

IT IS ORDERED that the indictment against Joseph Brewer in case number 2:06-cr-505 EJG is dismissed with prejudice.

IT IS FURTHER ORDERED that the trial confirmation hearing, scheduled for October 17, 2008, and the trial date, set for November 3, 2008, are hereby vacated.

DATED: Sept 29, 2008

                                                  EDWARD J. GARCIA
                                                  United States District Court Judge