Geoffrey A. Goodman (CA73355)
ggoodman@nossaman.com
Nossaman LLP
915 L Street, Suite 1000
Sacramento, CA 95814
Telephone:  916.442.8888
Facsimile:  916.442.0382

Attorneys for Defendant
JOSEPH BREWER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No:  2:06-cr-505 EJG |
| Plaintiff, | **REQUEST FOR RELEASE OF PASSPORT** |
| vs. | |
| JOSEPH BREWER, | |
| Defendant. | |

On September 29, the Court granted the government's motion to dismiss the indictment against Mr. Brewer.  As a condition of release, Mr. Brewer surrendered his passport.  In light of the dismissal of the case, we request that the Court order the release of Mr. Brewer's passport to him

Dated:  September 30, 2008        Geoffrey A. Goodman
                                 Nossaman LLP


                                 By:  ___/s/ Geoffrey A. Goodman_____
                                         Geoffrey A. Goodman
                                 Attorneys for Defendant

**IT IS SO ORDERED:**

Date:  Oct. 2. 2008        /s/ Edward J. Garcia
                           EDWARD J. GARCIA
                           United States District Court Judge

**REQUEST FOR RELEASE OF PASSPORT**